# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Mary L. | District of New Jersey | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - senior status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

402 East State Street
Trenton, New Jersey 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Consultors (unpaid position; no fund-raising involved) | Villanova Universey School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of New Jersey - pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | November 18, 2015 | New York, NY | Keynote speaker - Annual one-day CLE patent seminar | transportation, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L.. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank of New Jersey - bank accounts | A | Interest | M | T | | | | | |
| 2. Family Trust. Trustee: PNC Bank, N.A. [see note] | B | Dividend | M | T | | | | | |
| 3. Merrill Lynch CMA Account | | None | J | T | | | | | |
| 4. Maine NextGen College Savings Plan [see note] | | None | M | T | | | | | |
| 5. American Balanced Fund, Class A | B | Dividend | M | T | | | | | |
| 6. MFS Total Return Fund, Class C (not IRA) | A | Dividend | K | T | | | | | |
| 7. BlackRock Global Allocation Fund, Class C (not IRA) | B | Dividend | M | T | | | | | |
| 8. BlackRock Global Allocation Fund, Class A (IRA) | A | Dividend | K | T | | | | | |
| 9. AllianceBernstein Global Risk Allocation Fund, Class A | A | Dividend | K | T | | | | | |
| 10. Columbia Thermostat Fund, Class C (not IRA) | A | Dividend | K | T | | | | | |
| 11. Columbia Thermostat Fund, Class C (IRA) | A | Dividend | K | T | | | | | |
| 12. First Eagle Global, Class C (not IRA) | A | Dividend | K | T | | | | | |
| 13. First Eagle Global, Class C (IRA) | | None | K | T | | | | | |
| 14. Loomis Sayles Core Plus Bond Fund, Class C (not IRA) | A | Dividend | K | T | | | | | |
| 15. Loomis Sayles Core Plus Bond Fund, Class C (IRA) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Family trust; former trustee was National City Bank of Pa.; now PNC Bank, N.A. (Cleveland, OH). The separate assets are not described because of the type of trust. This trust (1) was not created directly by the reporting person, spouse, or any dependent child; and (2) although the reporting person and spouse now have knowledge of the holdings in the trust because the current trustee provides statements, those holdings are not listed here because the spouse is the income beneficiary only, and the trust will not terminate or pay out any principal during the spouse's lifetime. The spouse has no authority over the trustee's investment decisions and cannot direct any trust transactions. The reporting person has no connection with this trust, and there are no dependent children.

Part VII, line 4: This is the same asset list on line 4 of prior year report. College savings are held in a separate Section 529 Merrill Lynch account, transferred to the reporting person as trustee upon the death of a parent/grantor in 2001. Those investments are made by Merrill Lynch as the plan manager, at the direction of reporting person as trustee, from a limited number of designated mutual funds approved by the plan. The investments may accrue value but do not bear interest or pay dividends. As of 12/31/2015, of the total Value Code M amount in these Section 529 Merrill Lynch accounts, the investments were divided between two assets: BlackRock Fixed Income Portfolio A Fund (Value Code L) and BlackRock Fixed Income Portfolio C (Value Code L). There are occasional sale transactions, but those are not reported here because the proceeds of each such sale is disbursed by Merrill Lynch for the sole purpose of paying directly certain specified "qualified tuition and related expenses" for the beneficiaries, under IRS rules governing 529 accounts. The beneficiaries are adult, non-dependent children of the reporting person.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary L. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544